I find that Student's program can be modified within the Belchertown Public Schools and Student does not require an out-of-district placement at the White Oak School.

I hereby order that the Team reconvene to add additional services to Student's IEP. Student clearly requires direct services in the area of organizational skills. The Team shall determine when the services are to take place and should consider using Ms. Fino's "Take Charge" program. The Team shall consider options such as providing direct services in organization during the academic support period. The organizational skills program should deal with homework completion and use of the agenda. The instructor shall determine whether Student requires assistive technology to assist him in maintaining the agenda. (This was an accommodation listed in his IEP, but there was nothing in the record to indicate whether student received any such assistive technology.) The Team might also consider whether Student is required to attend gym and/or band every day. It may be possible to provide services to Student once or twice per week in lieu of gym or band. The provider of organizational skills services should consult with Student's teachers regarding skills which he or she is teaching Student so that they can be reinforced in all of his classes. Additionally, there should be one person responsible each day to check in with Student at the end of the day and ensure that he has properly recorded his homework assignments, understands how to begin the assignments, and has the appropriate materials to complete the assignments.

Student shall continue to receive tutorial in the Phono-Graphix program. His progress shall be assessed by the end of May to determine whether he is continuing to make adequate progress. If he is not making adequate progress, the Team shall reconvene to determine whether he requires intense summer services in the area of reading decoding. Additionally, the Team shall add a consultation between the special education teacher and the Phono-Graphix tutor to Student's IEP.

The Team should consider whether the IEP should contain a consultation between the special education teacher and Student's science teacher.

By the Hearing Officer,

*Catherine M. Putney-Yaceshyn*
Catherine M. Putney-Yaceshyn
Dated: March 18, 2004

27

COMMONWEALTH OF MASSACHUSETTS
BUREAU OF SPECIAL EDUCATION APPEALS

## EFFECT OF BUREAU DECISION AND RIGHTS OF APPEAL

### Effect of the Decision

20 U.S.C. s. 1415(i)(1)(B) requires that a decision of the Bureau of Special Education Appeals be final and subject to no further agency review. Accordingly, the Bureau cannot permit motions to reconsider or to re-open a Bureau decision once it is issued. Bureau decisions are final decisions subject only to judicial review.

Except as set forth below, the final decision of the Bureau must be implemented immediately. Pursuant to M.G.L. c. 30A, s. 14(3), appeal of the decision does not operate as a stay. Rather, a party seeking to stay the decision of the Bureau must seek such stay from the court having jurisdiction over the party's appeal.

Under the provisions of 20 U.S.C. s. 1415(j), "unless the State or local education agency and the parents otherwise agree, the child shall remain in the then-current educational placement," during the pendency of any judicial appeal of the Bureau decision, unless the child is seeking initial admission to a public school, in which case "with the consent of the parents, the child shall be placed in the public school program". Therefore, where the Bureau has ordered the public school to place the child in a new placement, and the parents or guardian agree with that order, the public school shall immediately implement the placement ordered by the Bureau. *School Committee of Burlington, v. Massachusetts Department of Education*, 471 U.S. 359 (1985). Otherwise, a party seeking to change the child's placement during the pendency of judicial proceedings must seek a preliminary injunction ordering such a change in placement from the court having jurisdiction over the appeal. *Honig v. Doe*, 484 U.S. 305 (1988); *Doe v. Brookline*, 722 F.2d 910 (1st Cir. 1983).

### Compliance

A party contending that a Bureau of Special Education Appeals decision is not being implemented may file a motion with the Bureau of Special Education Appeals contending that the decision is not being implemented and setting out the areas of non-compliance. The Hearing Officer may convene a hearing at which the scope of the inquiry shall be limited to the facts on the issue of compliance, facts of such a nature as to excuse performance, and facts bearing on a remedy. Upon a finding of non-compliance, the Hearing Officer may fashion appropriate relief, including referral of the matter to the Legal Office of the Department of Education or other office for appropriate enforcement action. 603 CMR 28.08(6)(b).

## Rights of Appeal

Any party aggrieved by a decision of the Bureau of Special Education Appeals may file a complaint in the state superior court of competent jurisdiction or in the District Court of the United States for Massachusetts, for review of the Bureau decision. 20 U.S.C. s. 1415(i)(2).

Under Massachusetts General Laws, Chapter 30A, Section 14(1), appeal of a final Bureau decision to state superior court must be filed within thirty (30) days of receipt of the decision. The federal courts have ruled that the time period for filing a judicial appeal of a Bureau decision in federal district court is also thirty (30) days of receipt of the decision, as provided in the Massachusetts Administrative Procedures Act, M.G.L. c.30A. *Amann v. Town of Stow*, 991 F.2d 929 (1st Cir. 1993); *Gertel v. School Committee of Brookline*, 783 F. Supp. 701 (D. Mass. 1992).

Therefore, an appeal of a Bureau decision to state superior court or to federal district court must be filed within thirty (30) days of receipt of the Bureau decision by the appealing party.

## Confidentiality

In order to preserve the confidentiality of the student involved in these proceedings, when an appeal is taken to superior court or to federal district court, the parties are strongly urged to file the complaint without identifying the true name of the parents or the child, and to move that all exhibits, including the transcript of the hearing before the Bureau of Special Education Appeals, be impounded by the court. See *Webster Grove School District v. Pulitzer Publishing Company*, 898 F.2d 1371 (8th Cir. 1990). If the appealing party does not seek to impound the documents, the Bureau of Special Education Appeals, through the Attorney General's Office, may move to impound the documents.

## Record of the Hearing

The Bureau of Special Education Appeals will provide an electronic verbatim record of the hearing to any party, free of charge, upon receipt of a written request. Pursuant to federal law, upon receipt of a written request from any party, the Bureau of Special Education Appeals will arrange for and provide a certified written transcription of the entire proceedings by a certified court reporter, free of charge.

B

```
                                    Burres, Fidnick, Booth & Kaufman, LLP                        Page 1
  26/2004                                         Client Ledger
                                                   ALL DATES
                                       Che#                General              Bld             Trust
     Received From/Paid To             Rcpt#    Rcpts      Disbs      Fees      Inv#  Acc Rcpts Disbs    Balance
ate  Entry# Explanation

173  Arbour, Bruce T.                                                              2 - Carol Booth
     100956      Special Education    03025                                  22783  1     1500.00         1500.00
ul  9/2003 Arbour
     193049 Retainer                                                 87.50   22783
ul 28/2003 Lawyer: 2  0.50 Hrs X 175.00
     193120 Telephone Conference with Paul O'Brien;
            Telephone Conference with Clients;
            Prepare Appearance                                               22783  1            87.50   1412.50
Aug  1/2003 Burres, Fidnick, Booth & Kaufman, LLP   5451
     193713 Payment from retainer account           06349   87.50            22783
Aug  1/2003 Burres, Fidnick, Booth & Kaufman, LLP
     193720 RET - Payment from retainer account              0.00            22783
Aug  1/2003 Billing on Invoice 22783
     193726 FEES      87.50 RCPTS    87.50          22783  -87.50            22783
Aug  1/2003
     193728 RET - Rtnr alloc on Inv: 22783          22783   87.50            22783
Aug  1/2003
     193729 RET - Rtnr alloc on Inv: 22783                           35.00   23105
Aug  1/2003 Lawyer: 2  0.20 Hrs X 175.00
     195371 Telephone Conference with Client                                 23105  1            35.00   1377.50
Sep  1/2003 Burres, Fidnick, Booth & Kaufman, LLP   5485
     196079 Payment from retainer account           06408   35.00            23105
Sep  1/2003 Burres, Fidnick, Booth & Kaufman, LLP
     196083 RET - Payment from retainer account              0.00            23105
Sep  1/2003 Billing on Invoice 23105
     196086 FEES      35.00 RCPTS    35.00          23105  -35.00            23105
Sep  1/2003
     196088 RET - Rtnr alloc on Inv: 23105          23105   35.00            23105
Sep  1/2003
     196089 RET - Rtnr alloc on Inv: 23105                          140.00   23335
Sep 10/2003 Lawyer: 2  0.80 Hrs X 175.00
     196986 Prepare for Pre-Hearing Conference;
            Telephone Conference with Client                        700.00   23335
Sep 11/2003 Lawyer: 2  4.00 Hrs X 175.00
     196987 Pre hearing conference (Worcester) -
            Catuogno Court Reporting Sevices                         35.00   23335
Sep 26/2003 Lawyer: 2  0.20 Hrs X 175.00
     197650 Telephone call from Client                                       23335  1           875.00    502.50
Oct  1/2003 Burres, Fidnick, Booth & Kaufman, LLP   5525
     198115 Payment from retainer account           06496  875.00            23335
Oct  1/2003 Burres, Fidnick, Booth & Kaufman, LLP
     198122 RET - Payment from retainer account              0.00            23335
Oct  1/2003 Billing on Invoice 23335
     198431 FEES     875.00 RCPTS   875.00          23335 -875.00            23335
Oct  1/2003
     198433 RET - Rtnr alloc on Inv: 23335          23335  875.00            23335
Oct  1/2003
     198434 RET - Rtnr alloc on Inv: 23335                           35.00   23387
Oct  3/2003 Lawyer: 2  0.20 Hrs X 175.00
     200036 Telephone Conference with Client        02956             0.83   23387
Oct 10/2003 Expense Recovery
     199757 Postage charges to client               02956             0.60   23387
Oct 10/2003 Expense Recovery
     199758 Postage charges to client                                70.00   23387
Oct 20/2003 Lawyer: 2  0.40 Hrs X 175.00
     200038 Telephone Conference with Client;
            Telephone Conference with Becki Smith                    87.50   23387
Oct 30/2003 Lawyer: 2  0.50 Hrs X 175.00
     200041 Telephone Conference with Dr. Karen
            Blum; Telephone Conference with Jo
            Carino; Telephone Messages to Dr. Frank
            Vargo and Dr. Cheryl Muzio; Telephone
            Conference with Client                                           23387  1           193.93    308.57
Nov  1/2003 Burres, Fidnick, Booth & Kaufman, LLP   5572
     200188 Payment from retainer account           06569  193.93            23387
Nov  1/2003 Burres, Fidnick, Booth & Kaufman, LLP
     200193 RET - Payment from retainer account              0.00            23387
Nov  1/2003 Billing on Invoice 23387
     200197 FEES     192.50 DISBS     1.43 RCPTS
            193.93                                  23387 -193.93            23387
Nov  1/2003
     200199 RET - Rtnr alloc on Inv: 23387          23387    1.43            23387
Nov  1/2003
     200200 RET - Rtnr alloc on Inv: 23387          23387  192.50            23387
Nov  1/2003
     200201 RET - Rtnr alloc on Inv: 23387                           52.50   23618
Nov  4/2003 Lawyer: 2  0.30 Hrs X 175.00
```

| Date | Received From/Paid To | Che# | | General | | Bld | | Trust | |
|------|----------------------|------|------|---------|------|-----|------|-------|------|
|      | Entry# Explanation   | Rcpt# | Rcpts | Disbs | Fees | Inv# | Acc Rcpts | Disbs | Balance |
| Nov 10/2003 | 201767 Telephone Conference with Client  Lawyer: 2  0.50 Hrs X 175.00 | | | | 87.50 | 23618 | | | |
| Nov 10/2003 | 201770 Telephone Conferences with Opposing Counsel's Office, Dr. Muzio, White Oak, and the BSEA  Expense Recovery | 02964 | | 14.00 | | 23618 | | | |
| Nov 12/2003 | 201907 FAX charges to client  Lawyer: 2  0.30 Hrs X 175.00 | | | | 52.50 | 23618 | | | |
| Nov 20/2003 | 201771 Correspondence with Client, Review Documents  Lawyer: 2  0.20 Hrs X 175.00 | | | | 35.00 | 23618 | | | |
| Nov 24/2003 | 202091 Telephone Conference with Cheryl Muzio  Lawyer: 2  0.30 Hrs X 175.00 | | | | 52.50 | 23618 | | | |
| Dec 1/2003 | 202090 Telephone Conference with Rick McInnerney; directions to Cheryl Muzio  Burres, Fidnick, Booth & Kaufman, LLP  202158 Payment from retainer account | 5611 | | | | 23618 1 | | 294.00 | 14.57 |
| Dec 1/2003 | Burres, Fidnick, Booth & Kaufman, LLP  202161 RET - Payment from retainer account | 06629 | 294.00 | | | 23618 | | | |
| Dec 1/2003 | Billing on Invoice 23618  202163 FEES    280.00 DISBS      14.00 RCPTS          294.00 | | | 0.00 | | 23618 | | | |
| Dec 1/2003 | 202165 RET - Rtnr alloc on Inv: 23618 | 23618 | -294.00 | | | 23618 | | | |
| Dec 1/2003 | 202166 RET - Rtnr alloc on Inv: 23618 | 23618 | 14.00 | | | 23618 | | | |
| Dec 1/2003 | 202167 RET - Rtnr alloc on Inv: 23618 | 23618 | 280.00 | | | 23618 | | | |
| Dec 3/2003 | 203790 Telephone Conferences with Cheryl Muzio, Susan Edgerly, and Laura Arbour  Lawyer: 2  0.50 Hrs X 175.00 | | | | 87.50 | 23850 | | | |
| Dec 4/2003 | 203796 Email from Client; Telephone Conference with Cheryl Muzio  Lawyer: 2  0.20 Hrs X 175.00 | | | | 35.00 | 23850 | | | |
| Dec 12/2003 | 203817 Prepare Court Documents; Telephone Conference with Client  Lawyer: 2  2.20 Hrs X 175.00 | | | | 385.00 | 23850 | | | |
| Dec 17/2003 | 203829 Review Correspondence with Opposing Counsel; Telephone Call to Clients  Lawyer: 2  0.20 Hrs X 175.00 | | | | 35.00 | 23850 | | | |
| Dec 18/2003 | 203833 Telephone Conference with Client  Lawyer: 2  0.20 Hrs X 175.00 | | | | 35.00 | 23850 | | | |
| Dec 22/2003 | 203837 Meeting with Nicholas Arbour  Lawyer: 2  0.70 Hrs X 175.00 | | | | 122.50 | 23850 | | | |
| Dec 24/2003 | Expense Recovery  204003 FAX charges to client | 02985 | | 16.00 | | 23850 | | | |
| Dec 29/2003 | Expense Recovery  204043 Postage charges to client | 02989 | | 0.83 | | 23850 | | | |
| Dec 29/2003 | Expense Recovery  204044 Postage charges to client | 02989 | | 1.06 | | 23850 | | | |
| Dec 29/2003 | 204162 Telephone Conference with Client; Review and Revise Interrogatory Answers, Correspondence with Opposing Counsel  Lawyer: 2  1.80 Hrs X 175.00 | | | | 315.00 | 23850 | | | |
| Dec 29/2003 | 204165 Review Documents; Draft Responses to Request for Production of Documents  Lawyer: 2  1.70 Hrs X 175.00 | | | | 297.50 | 23850 | | | |
| Jan 1/2004 | Burres, Fidnick, Booth & Kaufman, LLP  204498 Payment from retainer account | 5657 | | | | 23850 1 | | 14.57 | 0.00 |
| Jan 1/2004 | Burres, Fidnick, Booth & Kaufman, LLP  204503 RET - Payment from retainer account | 06701 | 14.57 | | | 23850 | | | |
| Jan 1/2004 | Billing on Invoice 23850  204618 FEES   1312.50 DISBS      17.89 RCPTS          14.57 | | | 0.00 | | 23850 | | | |
| Jan 1/2004 | 204620 RET - Rtnr alloc on Inv: 23850 | 23850 | -14.57 | | | 23850 | | | |
| Jan 1/2004 | 204621 RET - Rtnr alloc on Inv: 23850 | 23850 | 14.57 | | | 23850 | | | |
| Jan 4/2004 | 206143 Prepare Documents and List of Witnesses  Lawyer: 2  4.10 Hrs X 175.00 | | | | 717.50 | 24046 | | | |
| Jan 5/2004 | 206650 Telephone Conference and Fax to opposing counsel; Telephone Conference with Cheryl Muzio; Prepare CVs; Telephone Conference with Susan Edgerly  Lawyer: 2  0.60 Hrs X 175.00 | | | | 105.00 | 24046 | | | |
| Jan 6/2004 | Lawyer: 2  2.40 Hrs X 175.00 | | | | 420.00 | 24046 | | | |

```
Apr 26/2004                    Burres, Fidnick, Booth & Kaufman, LLP
                                         Client Ledger
                                          ALL DATES
                                                                                    Bld           Trust
                                   Chk#           General                           Inv#  Rcpts   Disbs    Balance
Date      Received From/Paid To    Rcpt#  Rcpts   Disbs    Fees         Acc
   Entry# Explanation
```

| Date | Entry# / Explanation | Chk#/Rcpt# | Rcpts | General Disbs | Fees | Bld Inv# | Acc | Rcpts | Trust Disbs | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | 206155 Telephone Conference with Cheryl Muzio; Prepare Documents and Witness List | 02994 | | 44.70 | | 24046 | | | | |
| Jan 7/2004 | Expense Recovery 205888 Photocopying charges to client | | | | 822.50 | 24046 | | | | |
| Jan 7/2004 | Lawyer: 2  4.70 Hrs X 175.00 206144 Review and Preparation of Exhibits; Review School's Exhibits | | | | 0.00 | 24046 | | | | |
| Jan 8/2004 | Lawyer: 2  0.20 Hrs X 0.00 206158 Telephone Conference with BSEA; Telephone Message Left for Gini Tate | | | | 87.50 | 24046 | | | | |
| Jan 8/2004 | Lawyer: 2  0.50 Hrs X 175.00 206160 Telephone Conference with Cheryl Muzio; Witness Preparation | | | | 140.00 | 24046 | | | | |
| Jan 9/2004 | Lawyer: 2  0.80 Hrs X 175.00 206651 Telephone Conference to Client; Review Correspondence with Vargo; Telephone Conference with Hearing Officer twice. | | | | 560.00 | 24046 | | | | |
| Jan 10/2004 | Lawyer: 2  3.20 Hrs X 175.00 206163 Hearing Preparation | | | | 962.50 | 24046 | | | | |
| Jan 11/2004 | Lawyer: 2  5.50 Hrs X 175.00 206164 Hearing Preparation, Meeting with Nick and Laura, Telephone Conference with Cheryl Muzio | | | | 1400.00 | 24046 | | | | |
| Jan 12/2004 | Lawyer: 2  8.00 Hrs X 175.00 206165 Hearing | | | | 1610.00 | 24046 | | | | |
| Jan 13/2004 | Lawyer: 2  9.20 Hrs X 175.00 206652 Hearing Preparation; Telephone Conference with Client; Telephone Conference with David Drake three times; Prepare Cross Examination of Rick McInnerney, Sue Fino, Stacy Monette. | | | | 1820.00 | 24046 | | | | |
| Jan 14/2004 | Lawyer: 2  10.40 Hrs X 175.00 206169 Hearing Preparation, Hearing | 03247 | | | | 24046 | 1 | 4260.00 | | 1260.00 |
| Jan 15/2004 | Arbour 205427 Retainer | | | | 1225.00 | 24046 | | | | |
| Jan 15/2004 | Lawyer: 2  7.00 Hrs X 175.00 206170 Hearing in Worcester | 5678 | | | | 24046 | 1 | | 1260.00 | 3000.00 |
| Jan 20/2004 | Cheryl Muzio 205429 Arbour: fee for psyc. evaluation | 5679 | | | | 24046 | 1 | | 1315.82 | 1684.18 |
| Jan 20/2004 | Burres, Fidnick, Booth & Kaufman, LLP 205442 Payment from retainer account | 06725 | | 3.32 | | | | | | |
| Jan 20/2004 | Burres, Fidnick, Booth & Kaufman, LLP 205450 PMT - Payment from retainer account | 06725 | | 1312.50 | | | | | | |
| Jan 20/2004 | Burres, Fidnick, Booth & Kaufman, LLP 205451 PMT - Payment from retainer account | 5684 | | | | 24046 | 1 | | 1120.00 | 564.18 |
| Jan 22/2004 | Cheryl Muzio, Psy.D. 205622 Arbour: consultation and expert witness testimony | | | | 612.50 | 24046 | | | | |
| Jan 25/2004 | Lawyer: 2  3.50 Hrs X 175.00 206184 Draft Brief, Facts | | | | 805.00 | 24046 | | | | |
| Jan 26/2004 | Lawyer: 2  4.60 Hrs X 175.00 206653 Draft Brief; Legal Research. | | | | 1067.50 | 24046 | | | | |
| Jan 27/2004 | Lawyer: 2  6.10 Hrs X 175.00 206187 Draft Brief; Review and Revise Brief | | | | 857.50 | 24046 | | | | |
| Jan 28/2004 | Lawyer: 2  4.90 Hrs X 175.00 206654 Review and Revise Brief. | | | | 1102.50 | 24046 | | | | |
| Jan 29/2004 | Lawyer: 2  6.30 Hrs X 175.00 206655 Review Tapes; Final Revisions. | | | | | 24046 | 1 | | 564.18 | 0.00 |
| Feb 1/2004 | Burres, Fidnick, Booth & Kaufman, LLP 206660 Payment from retainer account | 5701 | | | | 24046 | | | | |
| Feb 1/2004 | Burres, Fidnick, Booth & Kaufman, LLP 206664 RET - Payment from retainer account | 06748 | | 564.18 | 0.00 | 24046 | | | | |
| Feb 1/2004 | Billing on Invoice 24046 206671 FEES   14315.00 DISBS   44.70 RCPTS   564.18 | | | | | 24046 | | | | |
| Feb 1/2004 | 206673 RET - Rtnr alloc on Inv: 24046 | 24046 | | -564.18 | | 24046 | | | | |
| Feb 1/2004 | 206674 RET - Rtnr alloc on Inv: 24046 | 24046 | | 44.70 | | 24046 | | | | |
| Feb 1/2004 | 206675 RET - Rtnr alloc on Inv: 24046 | 24046 | | 519.48 | | 24046 | | | | |
| Feb 5/2004 | Federal Express 207264 Federal Express fees | 6409 | | | 20.00 | 24306 | | | | |
| Mar 1/2004 | Billing on Invoice 24306 208944 DISBS   20.00 | | | | 0.00 | 24306 | | | | |
| Mar 4/2004 | Federal Express | 6425 | | | 5.15 | 24520 | | | | |

```
Date       Received From/Paid To          Che#             General         Bld              Trust
  Entry#   Explanation                    Rcpt#    Rcpts   Disbs    Fees   Inv# Acc  Rcpts  Disbs    Balance

         209010 Overnight express mail fee to Federal
                Express
Mar 22/2004 Lawyer: 2  0.80 Hrs X 0.00                                     0.00 24520
         209979 Meeting With Client and Read Decision
Apr  1/2004 Billing on Invoice 24520                              0.00          24520
         211603 DISBS         5.15
```

|  | UNBILLED | | | | BILLED | | | | BALANCES | |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTALS | CHE+ | RECOV | FEES+ | = TOTAL | DISBS + | FEES + | TAX - | RECEIPTS | = A/R | TRJST |
| PERIOD | 0.00 | 0.00 | 0.00 | 0.00 | 103.17 | 17097.50 | 0.00 | 3380.00 | 13820.67 | 0.00 |
| END DATE | 0.00 | 0.00 | 0.00 | 0.00 | 103.17 | 17097.50 | 0.00 | 3380.00 | 13820.67 | 0.00 |

|  | UNBILLED | | | | BILLED | | | | BALANCES | |
|---|---|---|---|---|---|---|---|---|---|---|
| FIRM TOTALS | CHE+ | RECOV | FEES+ | = TOTAL | DISBS + | FEES + | TAX - | RECEIPTS | = A/R | TRJST |
| PERIOD | 0.00 | 0.00 | 0.00 | 0.00 | 103.17 | 17097.50 | 0.00 | 3380.00 | 13820.67 | 0.00 |
| END DATE | 0.00 | 0.00 | 0.00 | 0.00 | 103.17 | 17097.50 | 0.00 | 3380.00 | 13820.67 | 0.00 |

REPORT SELECTIONS
```
Report:                   Client Ledger
Layout Template:          All
Requested by:             Carol
Finished:                 Monday, April 26, 2004 at 02:00:34 PM
Date Range:               ALL DATES
Matters:                  100956
Clients:                  All
Major Clients:            All                               Firm Totals Only:                  No
Responsible Lawyer:       All                               Entries Shown - Billed Only:       No
Introducing Lawyer:       All                               Entries Shown - Disbursements:     Yes
Assigned Lawyer:          All                               Entries Shown - Receipts:          Yes
Type of Law:              All                               Entries Shown - Trust:             Yes
Sort by Resp Lawyer:      No                                Entries Shown - Time or Fees:      Yes
New Page for Each Lawyer: No                                Working Lawyer:                    No
New Page for Each Matter: No                                Incl. Matters with Retainer Bal:   No
Totals Only:              No                                Incl. Matters with Neg Unbld Disb: No
Consolidate Payments:     No                                Show Interest:                     No
No Activity Date:         Dec 31/2199                       Trust Account:                     All
Ver:                      6.04.20020913                     Show Client Address:               No
```