UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NICHOLAS A. by his parents,
Bruce and Laura A. as next friends,
Plaintiff

vs.    Case No. 04-30081-MAP

BELCHERTOWN PUBLIC SCHOOLS,
Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### BELCHERTOWN'S MOTION TO JOIN THE BUREAU OF SPECIAL EDUCATION APPEALS AS A NECESSARY PARTY TO THIS ACTION

Plaintiff has brought this action against the Belchertown Public Schools claiming that a decision of the Bureau of Special Education Appeals (hereinafter "BSEA") should be reversed under 20 U.S.C. §1400 et seq and M.G.L.c. 31B. Defendant Belchertown Public Schools has counterclaimed on the same basis, but for different reasons. Under 20 U.S.C. §1415(e)(2), the court is directed to "receive the record of the administrative proceedings, here . . .and, basing its decision on a preponderance of the evidence, shall grant such relief as the court determines appropriate." The appeal of a BSEA hearing officer's decision is an administrative review of the proceedings to a large extent. Town of Burlington v. Department of Education for the Commonwealth of Massachusetts, 736 F. 2d 773 (1st Cir. 1984), certiorari granted, 469 U.S. 1071, 105 S. Ct. 562, affirmed 471 U.S.C. 359, 105 S. Ct. 1996.

Thus, in order for the court to properly consider the Plaintiff's claims, as well as Defendant's Counterclaim, the court must have the official proceedings of the BSEA in this matter. In order to obtain copies of such official proceedings, the BSEA must present it to the

court, as its Answer to the Complaint and the Counterclaim.

Therefore, Defendant Belchertown Public Schools respectfully requests that the court join the Bureau of Special Education Appeals as a party in this action.

> Respectfully submitted,
> BELCHERTOWN PUBLIC SCHOOLS
> By Its Attorney
>
> _____
> Regina Williams Tate
> Murphy, Hesse, Toomey and Lehane
> 300 Crown Colony Drive
> P.O. Box 9126
> Quincy, MA 02269-9126
> Telephone: (617) 479-5000

Dated: July 17, 2004

## CERTIFICATE OF SERVICE

I, Regina Williams Tate, do hereby certify that I have forwarded a copy of the foregoing document by first class mail, postage prepaid to the attorney for the Parents, Carol Booth, Burres, Fidnick, Booth & Kaufman, LLP, 190 University Drive, Amherst, MA 01002.

_____7/17/04_____                        _____
Date:                                         Regina Williams Tate