# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

NICHOLAS A.,
      Plaintiff

    V.

BELCHERTOWN PUBLIC SCHOOLS

      Defendant

CIVIL ACTION

NO. 04-30081-KPN

## SETTLEMENT ORDER OF DISMISSAL

NEIMAN, U.S.M.J:

The Court having been advised on September 29, 2004 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Sixty (60) days if settlement is not consummated.

By the Court,

September 29, 2004            /s/ Mary Finn

Date                                     Deputy Clerk